# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ALLISON LEWANDOWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 2:15-cv-410-NT ) |
| CARE CREDIT/SYNCHRONY BANK, | ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

On October 14, 2015, the Defendant made a Motion for a More Definite Statement of the claims in the case (ECF No. 5). The Plaintiff failed to respond to that motion and on November 5, 2015, the Magistrate Judge granted the Defendant's Motion for a More Definite Statement (ECF No. 9). The Plaintiff has not filed any document providing a more detailed statement of her claims. On January 19, 2016, the Magistrate Judge issued an Order to Show Cause (ECF No. 10) for Plaintiff to show good cause in writing by February 2, 2016, why she has not filed an amended complaint. There being no response from the Plaintiff, I find that the Plaintiff has failed to comply with the Order to Show Cause and the action is hereby DISMISSED.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 12th day of February, 2016.